Jonas B. Jacobson (CA 287631)
Martin Brenner (CA 333540)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: 310.656.7066
Facsimile: +1 310.656.7069
Email: jonas@dovel.com
martin@dovel.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PERSSON and JOHNATHAN ACEVEDO, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COZY EARTH HOLDINGS, INC., <br><br> Defendant. | Case No. 8:25-cv-01294-JVS-JDE <br><br> **STIPULATION TO STAY** <br><br> Complaint Filed: June 16, 2025 <br> Current Response Date: Nov. 25, 2025 |

Pursuant to Local Rule 7-1, Plaintiffs Andrea Persson and Johnathan Acevedo ("Plaintiffs") and Defendant Cozy Earth Holdings, Inc. (collectively, the "Parties"), by and through their respective counsel, stipulate as follows.

WHEREAS Plaintiffs filed this action in this Court on June 16, 2025;

WHEREAS Plaintiffs filed a First Amended Complaint on September 25, 2025;

WHEREAS the Parties attended mediation on October 30, 2025 and reached a settlement in principle;

WHEREAS the current deadline for Defendant to respond to the First Amended Complaint is November 25, 2025;

WHEREAS the Parties have now agreed on the material terms of a settlement, but need an additional 60 days to finalize the settlement and file dismissal papers. This time is needed because this period spans the winter holidays;

WHEREAS good cause exists to support this request and the request is not made in bad faith or for the purpose of delay;

Accordingly, the Parties now request that the Court stay all case deadlines until January 23, 2026;

A Proposed Order is being submitted with this request.

Dated: November 25, 2025               Respectfully submitted,

<u>s/ Meegan Brooks (with permission)</u>
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
CHRISTOPHER STRETCH (CA 166752)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: ssheridan@beneschlaw.com
　　　mbrooks@beneschlaw.com
　　　cstretch@beneschlaw.com

Attorneys for Defendant
COZY EARTH HOLDINGS, INC.

Dated: November 25, 2025

<u>s/ Jonas Jacobson</u>
Jonas B. Jacobson (CA 287631)
Martin Brenner (CA 333540)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: 310.656.7066
Facsimile: +1 310.656.7069
Email: jonas@dovel.com
　　　martin@dovel.com

Attorneys for Plaintiffs
ANDREA PERSSON AND
JOHNATHAN ACEVEDO

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jonas Jacobson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 25, 2025

*s/ Jonas Jacobson*
Jonas Jacobson